UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23cr4

DEREK ISENBURG

        Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

ORDERED that the Report and Recommendation and findings of the Magistrate Judge are ADOPTED, the Court ACCEPTS the Defendant's guilty plea to Count One of the Indictment. The Court DIRECTS the Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

Date: 3 January 2024

/s/
John A. Gibney, Jr.
Senior United States District Judge
UNITED STATES DISTRICT JUDGE